IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | No. CIV S-10-2388-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition is unclear, but appears to be challenging some citation issued in the city of Buena Park, California, which is located in Orange County. 28 U.S.C § 2241(d) provides courts in both the district of conviction and the district of confinement[1] with concurrent jurisdiction over habeas corpus applications. See <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973). Because any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Orange County, which is

---

[1] It does not appear that petitioner is currently incarcerated or is challenging a conviction. However, it appears he resides in Fullerton, California, which is also located in Orange County.

1

1 | within the boundaries of the United States District Court for the Central District of California,
2 | this matter should be transferred to that court.  See id. at 499 n.15.
3 |    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4 | United States District Court for the Central District of California.

DATED: January 24, 2011

          _____
          **CRAIG M. KELLISON**
          UNITED STATES MAGISTRATE JUDGE